```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

IN RE: ASBESTOS PRODUCTS       :
LIABILITY LITIGATION (No. VI)  :   Consolidated Under
                               :   MDL DOCKET NO. 875
CERTAIN PLAINTIFFS             :
                               :   Transferor District Court
        v.                     :   Southern District of Miss.
                               :
CERTAIN DEFENDANTS             :

## O R D E R

**AND NOW,** this **16th** day of **July 2009** it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in "Exhibit A", attached, are dismissed without prejudice for lack of prosecution pursuant to Federal Rule of Civil Procedure 41.

**AND IT IS SO ORDERED.**

_____
                    EDUARDO C. ROBRENO, J.

| | | | |
|---|---|---|---|
| Adams | Beverly | SD MS | 2:08-cv-86124 |
| Adams | Roy | SD MS | 2:08-cv-84626 |
| Alexander | James | SD MS | 2:08-cv-84738 |
| ALEXANDER | MARK | SD MS | 2:08-cv-85587-ER |
| Allen | Roy | SD MS | 2:08-cv-84502 |
| Anderson | Horace | SD MS | 2:08-cv-85599 |
| Anderson | James K | SD MS | 2:08-cv-84931 |
| Andrews | Major | SD MS | 2:08-cv-84932 |
| Andrews, Jr. | Major | SD MS | 2:08-cv-84932 |
| Armstrong | William W | SD MS | 2:08-cv-84933 |
| Ashley | Joan | SD MS | 2:08-cv-84627 |
| Atkins | Dennis | SD MS | 2:08-cv-86086 |
| Atkins | Fred | SD MS | 2:08-cv-84744 |
| Bacha | Andrew | SD MS | 2:08-cv-85595 |
| Bailey | Reginald | SD MS | 2:08-cv-84628 |
| Barber | Bryan | SD MS | 2:08-cv-86034 |
| Barfield | Hazel | SD MS | 2:08-cv-84629 |
| Barnett | Roy | SD MS | 2:08-cv-85983 |
| Barton | Richard | SD MS | 2:08-cv-85626 |

| | | | |
|---|---|---|---|
| Battle | Robert | SD MS | 2:08-cv-84506 |
| Baum | Delores | SD MS | 2:08-cv-86035 |
| Baylis | Redumas | SD MS | 2:08-cv-76890 |
| BEAL | JOSEPH | SD MS | 2:08-cv-84630 |
| BEAL | PEGGY | SD MS | 2:08-cv-84630 |
| Beene | Thurman | SD MS | 2:08-cv-86016 |
| Beersdorf | Euel | SD MS | 2:08-cv-84934 |
| Bennett | Emmett | SD MS | 2:08-cv-84935 |
| Benson | Cornelius | SD MS | 2:08-cv-85541 |
| Bernauer | Frank | SD MS | 2:08-cv-84936 |
| Berry, Sr. | Franklin D | SD MS | 2:08-cv-84937 |
| Bethea | Louis | SD MS | 2:08-cv-84507 |
| Billups | James | SD MS | 2:08-cv-84938 |
| Bock | Orville | SD MS | 2:08-CV-84941 |
| Boner | Hoyt | SD MS | 2:08-cv-84942 |
| Bournonville | Anne | SD MS | 2:08-cv-86019 |
| Bowles | Loyd | SD MS | 2:08-cv-85563 |
| Brantley | Marjorie | SD MS | 2:08-cv-84635 |
| Brantley | William | SD MS | 2:08-cv-84636 |
| Brasseaux | Joseph R | SD MS | 2:08-cv-84939 |

| | | | |
|---|---|---|---|
| Breeden | James | SD MS | 2:08-cv-84944 |
| Britt | Danny | SD MS | 2:08-cv-84549 |
| Brooks | Eddie | SD MS | 2:08-cv-84940 |
| Brooks | Mack | SD MS | 2:08-cv-84508 |
| Brown | Estella | SD MS | 2:08-cv-84764 |
| Brown | James | SD MS | 2:08-cv-84637 |
| Brown | Johnny | SD MS | 2:08-cv-84638 |
| BRYAN | CONEY | SD MS | 2:08-cv-86011 |
| Buckelew | Jurolene | SD MS | 2:08-cv-84945 |
| BULLOCK | WILL | SD MS | 2:08-cv-85682-ER |
| BUNTAIN | BEVERLY | SD MS | 2:08-cv-86087 |
| BURRAGE | WILLIAM | SD MS | 2:08-cv-84946 |
| CANNON | RUSSELL EDSEL | SD MS | 2:08-cv-84947 |
| CAUSEY | CURLEY | SD MS | 2:08-cv-84512-ER |
| Chiado | Emil | SD MS | 2:08-cv-84948 |
| Childs | James | SD MS | 2:08-cv-84645 |
| Clark | Jerry E | SD MS | 2:08-cv-86040 |
| Clay | Sandra | SD MS | 2:08-cv-86126 |
| Coleman | Audrey C | SD MS | 2:08-cv-84950 |
| Collins | Roy | ND MS | 2:08-cv-87730 |

| | | | |
|---|---|---|---|
| Cottrell | Norah | SD MS | 2:08-cv-85633 |
| Cox | Joseph | SD MS | 2:08-cv-86007 |
| Cranfield | Alvin | SD MS | 2:08-cv-84952 |
| Crooks | Julian | SD MS | 2:08-cv-86001 |
| Crosswhite | Paul | SD MS | 2:08-cv-84951 |
| Crump | Sylvester | SD MS | 2:08-cv-85627 |
| Crump | William | SD MS | 2:08-cv-85629 |
| Culwell | James | SD MS | 2:08-cv-84953 |
| Dardano | Michael | SD MS | 2:08-cv-86089 |
| Darsey | Luther | SD MS | 2:08-cv-84652 |
| Davenport | Charles | SD MS | 2:08-cv-85859 |
| Dixon | Larry | SD MS | 2:08-cv-84954 |
| DIXON | PATSY (Representative) | SD MS | 2:08-cv-86018 |
| Doyle | Billy | SD MS | 2:08-cv-84955 |
| Duncan | Edward | ND MS | 2:08-cv-87687 |
| Eddins | Shirley | SD MS | 2:08-cv-84956 |
| Edwards | Charles | SD MS | 2:08-cv-80308 |
| Elkins | Wallace | SD MS | 2:08-cv-84957 |
| Ellis | Robert | SD MS | 2:08-cv-85860 |
| English | Mary | SD MS | 2:08-cv-84959 |

| | | | |
|---|---|---|---|
| Eno | Mary | SD MS | 2:08-cv-86090 |
| Essary | Clovis | ND MS | 2:08-cv-87715 |
| Faile | Dudley | SD MS | 2:08-cv-84794 |
| Fisher | Bobby | SD MS | 2:08-cv-84960 |
| Fitzgerald | Robert | SD MS | 2:08-cv-86044 |
| FOOR | MILES | SD MS | 2:08-cv-86091 |
| Ford | Hazel | SD MS | 2:08-cv-86024 |
| FORTENBERRY | ELLIS | SD MS | 2:08-cv-84466-ER |
| Fortner | Thomas | SD MS | 2:08-cv-84962 |
| Fowlkes | Harrell | SD MS | 2:08-cv-84961 |
| FRANKS | LALA | SD MS | 2:08-cv-84963-ER |
| Furly | Robert | SD MS | 2:08-cv-85968 |
| Gallimore | Thomas | SD MS | 2:08-cv-86046 |
| Gandy | Mitchell | ND MS | 2:08-cv-87693 |
| Garrett | Claude | SD MS | 2:08-cv-85967 |
| GERRISH | BARTLEY | SD MS | 2:08-cv-86104 |
| GLOSSON | PAUL | SD MS | 2:08-cv-70355 |
| Gousset | Frances | ND MS | 2:08-cv-87773 |
| Green | Charles | SD MS | 2:08-cv-85938 |
| Gregg | Terry | SD MS | 2:08-cv-84965 |

| Hall | Gary | SD MS | 2:08-cv-85861 |
| --- | --- | --- | --- |
| Hamilton | Faye | SD MS | 2:08-cv-85S68 |
| Hamilton | Frank | SD MS | 2:08-cv-70391 |
| Hamilton | Mary | SD MS | 2:08-cv-86047 |
| Hanby | Bobby | SD MS | 2:08-cv-84966 |
| Harless | Billy | SD MS | 2:08-cv-84967 |
| Harrington | Roy | SD MS | 2:08-cv-8S862 |
| Harris | John | SD MS | 2:08-cv-84968 |
| Harris | Melvin | SD MS | 2:08-cv-84969 |
| Harrison | Robert | SD MS | 2:08-cv-85558 |
| Harvey | Roberta | SD MS | 2:08-cv-86049 |
| HELTON | C. | SD MS | 2:08-cv-86042 |
| Helton | James | SD MS | 2:08-cv-87125 |
| Holifield | Festus | SD MS | 2:08-cv-84970 |
| Holland | Jack | SD MS | 2:08-cv-84971 |
| Holmes | Woodrow | SD MS | 2:08-cv-84972 |
| Holston | Alvin | SD MS | 2:08-cv-84973 |
| Hoye | George | SD MS | 2:08-cv-86092 |
| Huckleberry | Kim | SD MS | 2:08-cv-86098 |
| Hutchins | David | SD MS | 2:08-cv-86895 |

| Jackson | Molly | SD MS | 2:08-cv-84974 |
| Jackson | Willie | SD MS | 2:08-cv-86896 |
| Jenkins | Howard | SD MS | 2:08-cv-86052 |
| Jenkins | Jackie | SD MS | 2:08-cv-85609 |
| Johnson | Leonard | SD MS | 2:08-cv-84975 |
| Jones | Bobby | SD MS | 2:08-cv-86103 |
| Jones | Jeffery Lynn | SD MS | 2:08-cv-84976 |
| Jones | Jessie | SD MS | 2:08-cv-84977 |
| Jones | William | SD MS | 2:08-cv-84978 |
| Josey | David | SD MS | 2:08-cv-84979 |
| Keller | Frank | SD MS | 2:08-cv-86053 |
| Kelley | Rose | SD MS | 2:08-cv-86093 |
| Kelly | Alton R | SD MS | 2:08-cv-84980 |
| Kelly | Gerald | SD MS | 2:08-cv-80406 |
| Key | Kenneth | SD MS | 2:08-cv-84981 |
| Knox | Arthur | SD MS | 2:08-cv-84982 |
| Konstancio | Shelly | SD MS | 2:08-cv-87119 |
| Kutcher | Raymond E | SD MS | 2:08-cv-86119 |
| Kyle, Sr. | Monroe | SD MS | 2:08-cv-84983 |
| Langford | Richard | SD MS | 2:08-cv-86054 |

| | | | |
|---|---|---|---|
| Laponsey | Carolyn | SD MS | 2:08-cv-86094 |
| Large | Terry | SD MS | 2:08-cv-85628 |
| Lee | James | SD MS | 2:08-cv-84840 |
| Lichtenstein | Rosalie | SD MS | 2:08-cv-86125 |
| Linville | Jessie | SD MS | 2:08-cv-84984 |
| Little | Arthur | SD MS | 2:08-cv-84523 |
| Little | Henry | SD MS | 2:08-cv-84985 |
| Loehr | Todd | SD MS | 2:08-cv-86095 |
| Lotoski | Donna | SD MS | 2:08-cv-86065 |
| Lugene | Edward | SD MS | 2:08-cv-84986 |
| Machingo (Cupp) | Margaret (Wayne) | SD MS | 2:08-cv-86041 |
| Macurak | John | SD MS | 2:08-cv-85593 |
| Madison, Sr. | Tommy | SD MS | 2:08-cv-84987 |
| Manuel | Herman | SD MS | 2:08-cv-84988 |
| Mason | Karen | SD MS | 2:08-cv-84989 |
| Matthews | Allen | SD MS | 2:08-cv-85565 |
| Maynard | Alex | SD MS | 2:08-cv-85547 |
| McCary | John | SD MS | 2:08-cv-85590 |
| McCaughan | Catherine M | SD MS | 2:08-cv-86061 |
| McCurty | Bennie | SD MS | 2:08-cv-85625 |

| McLendon | Bobby | SD MS | 2:08-cv-84528 |
| Meeks | James | SD MS | 2:08-cv-84990 |
| Miller | Marsha | SD MS | 2:08-cv-84860 |
| Mimbs | Ray | SD MS | 2:08-cv-84531 |
| Mitchell | Martha | SD MS | 2:08-cv-84991 |
| Monroe | Collins | SD MS | 2:08-cv-85624 |
| Moody | Everette | SD MS | 2:08-cv-84532 |
| Moore | Clyde | SD MS | 2:08-cv-84992 |
| Morris | Gene | SD MS | 2:08-cv-84993 |
| Morris | Robert | SD MS | 2:08-cv-84994 |
| Nevels | Thomas | SD MS | 2:08-cv-82449 |
| Newman | Justin | SD MS | 2:08-cv-86064 |
| Odems | James | SD MS | 2:08-cv-85634 |
| Orrick | Edward | SD MS | 2:08-cv-84995 |
| Overton | Carl | SD MS | 2:08-cv-84996 |
| Pace | Alfred | SD MS | 2:08-cv-86096 |
| Page | Evelyn | SD MS | 2:08-cv-84868 |
| Page | James | SD MS | 2:08-cv-84869 |
| Parker | Roger | SD MS | 2:08-cv-84998 |
| Parnell | Jimmy | SD MS | 2:08-cv-84535 |

| Penrod | Raymond | SD MS | 2:08-cv-86097 |
| Pharrams | Johnny | SD MS | 2:08-cv-84999 |
| Phillips | Danny | SD MS | 2:08-cv-85000 |
| Phillips | Delmar | SD MS | 2:08-cv-85001 |
| Pittman | Wilbert | SD MS | 2:08-cv-84552 |
| Powell | Debbie | SD MS | 2:08-cv-86051 |
| PRESTON | HOLLIS | SD MS | 2:08-cv-85002-ER |
| PRITCHETT | IDA BELL | SD MS | 2:08-cv-85003-ER |
| RANDALL | DAVID | SD MS | 2:08-cv-86078 |
| Readous | William | SD MS | 2:08-cv-85004 |
| REED | FELBERT | SD MS | 2:08-cv-84879-ER |
| REED | KENNETH | SD MS | 2:08-cv-86070 |
| Reynolds | Olen | SD MS | 2:08-cv-85005 |
| Reynolds | Wallace | SD MS | 2:08-cv-85006 |
| Rice | Charles | SD MS | 2:08-cv-85007 |
| Ricks | Bertow | SD MS | 2:08-cv-84538 |
| Riley | Claude | ND MS | 2:08-cv-87694 |
| Robinson | Arelious | SD MS | 2:08-cv-85631 |
| Robinson | Theresa | SD MS | 2:08-cv-85560 |
| Rogers | J.F. | SD MS | 2:08-cv-84539 |

| Ross | Louis | SD MS | 2:08-cv-84885 |
| Roy | Marie Louise (Jack) | SD MS | 2:08-cv-86130 |
| Satchfield | Rains | SD MS | 2:08-cv-85009 |
| Saudinger | Shirley (Richard) | SD MS | 2:08-cv-86077 |
| Sciple | Joe | SD MS | 2:08-cv-85632 |
| Screws | Grady | SD MS | 2:08-cv-87138 |
| Serratt | James | SD MS | 2:08-cv-85010 |
| Setliff | Thelma | SD MS | 2:08-cv-85011 |
| Sheffield | Marlin | SD MS | 2:08-cv-84889 |
| Shoemake | Joe | SD MS | 2:08-cv-85012 |
| Slayton | E J | ND MS | 2:08-cv-87234 |
| Smith | Elmer | SD MS | 2:08-cv-85013 |
| Smith | Jerrell | SD MS | 2:08-cv-85849 |
| Smith | John | SD MS | 2:08-cv-85014 |
| Snider | Farrell | SD MS | 2:08-cv-85015 |
| Southern | John | SD MS | 2:08-cv-73612 |
| Spann | Joe | SD MS | 2:08-cv-85863 |
| Sparkman | Bennie | SD MS | 2:08-cv-85959 |
| Spencer | Dorothy (Tracey) | SD MS | 2:08-cv-86076 |
| Sprehe | Andrew | SD MS | 2:08-cv-85852 |

| | | | |
|---|---|---|---|
| Stallings | Elmer | SD MS | 2:08-cv-84898 |
| Stevenson | Marcella (Virgil) | SD MS | 2:08-cv-86131 |
| Stokley | Bobby | SD MS | 2:08-cv-87132 |
| Swiney | James | SD MS | 2:08-cv-85016 |
| Taylor | Dennard | SD MS | 2:08-cv-84542 |
| Taylor | Slater | SD MS | 2:08-cv-85017 |
| Thrift | Samuel | SD MS | 2:08-cv-85018 |
| Tidwell | Ollie | SD MS | 2:08-cv-85019 |
| Turner | Debbie | SD MS | 2:08-cv-86079 |
| Turner | Mavis | SD MS | 2:08-cv-84547 |
| Twyman | Ruth | SD MS | 2:08-cv-85020 |
| Vanriet | Jantina | SD MS | 2:08-cv-86099 |
| Vicsik | Joseph | SD MS | 2:08-cv-85021 |
| Walton | Freeman | SD MS | 2:08-cv-85022 |
| Ward (Dec)(Ward) | Homer (Evelyn) | SD MS | 5:08-cv-87087 |
| Ware | Larry | SD MS | 2:08-cv-85622 |
| Wear | Eva | SD MS | 2:08-cv-86105 |
| Wehrouch | Agnes | SD MS | 2:08-cv-86109 |
| Wheeler | Leo | SD MS | 2:08-cv-84554 |
| White | Elgin | SD MS | 2:08-cv-85023 |

| | | | |
|---|---|---|---|
| White | Ivey | SD MS | 2:08-cv-85024 |
| White | Robin | SD MS | 2:08-cv-86122 |
| Whitworth | Horace | SD MS | 2:08-cv-86101 |
| Wiggers | Herman | SD MS | 2:08-cv-86102 |
| Wigley | Camellus | SD MS | 2:08-cv-85873 |
| Wilkins | Jamie | SD MS | 2:08-cv-84546 |
| Wilkinson | Hiram | SD MS | 2:08-cv-84625 |
| Williams | Alfred | SD MS | 2:08-cv-85025 |
| Wilson | Leavern | SD MS | 2:08-cv-85921 |
| Wilson | Leo Douglas | SD MS | 2:08-cv-85026 |
| Wolfe | Joyce | SD MS | 2:08-cv-85027 |
| Wood | William | SD MS | 2:08-cv-87141 |
| Woods | Eugene | SD MS | 2:08-cv-85029 |
| Woods | Verlie | SD MS | 2:08-cv-85028 |
| Wyatt | William C | SD MS | 2:08-cv-85030 |
| Young | Dero | SD MS | 2:08-cv-85031 |